The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Tina Marie Bryant
    v. Commonwealth of Virginia
    Record No. 0922-16-3
    Opinion rendered by Judge Decker on
    April 25, 2017

2. Stephen Keith White
    v. Commonwealth of Virginia
    Record No. 1150-16-1
    Opinion rendered by Judge Petty on
    May 2, 2017

The following case in which the Court of Appeals issued a published opinion has been disposed of by the Supreme Court:

1. Donald Keith Epps
   v. Commonwealth of Virginia
   Record No. 0148-15-3
   Opinion rendered by Judge O'Brien
     on May 31, 2016
   Refused (161002)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Joshua Charles Moseley
   v. Commonwealth of Virginia
   Record No. 0881-15-1
   Memorandum opinion rendered by Judge Decker on June 7, 2016
   Judgment of Court of Appeals reversed and final judgment entered reinstating
     appellant's conviction by opinion rendered on June 8, 2017
   (161013)

2. Cordell Lionel Carter
   v. Commonwealth of Virginia
   Record No. 2261-14-3
   Memorandum opinion rendered by Judge O'Brien on May 31, 2016
   Judgment of Court of Appeals affirmed by opinion rendered on June 22, 2017
   (160993)